```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____
     KATHLEEN REID, ET AL

                         Plaintiff(s)

      -vs-                                      05-Cv-6306T


     HBE FLORIDA CORPORATION, ET AL

                         Defendant(s)
_____
```

The Court having been advised that the above action has been settled, it is hereby,

ORDERED, that the above action is hereby dismissed with prejudice.  The Court retains jurisdiction over the effectuation of the settlement.

SO ORDERED.

S/ MICHAEL A. TELESCA
MICHAEL A. TELESCA
United States District Judge

Dated: May 11, 2006